FORM 9A. Notice of Related Case Information　　　　　　　　　　　　Form 9A (p. 1)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-1475, -1533

**Short Case Caption** Apple Inc. v. Gesture Technology Partners, LLC

**Filing Party/Entity** Apple Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> Gesture Tech. Partners, LLC v. Apple, Inc. No. 4:22-cv-04806 (N.D. Cal.); Gesture Tech. Partners, LLC v. LG Electronics, Inc. et al., No. 2:21-cv-19234 (D.N.J.); Gesture Tech. Partners LLC v. Motorola Mobility LLC, No. 1:22-cv-03535 (N.D. Il.); Gesture Tech. Partners, LLC v. Lenovo Grp. Ltd. et al., No. 6:21-cv-00122 (W.D. Tex.); Gesture Tech. Partners, LLC v. Unified Patents, LLC, No. 23-1444 (Fed. Cir.); Apple Inc. v. Gesture Tech. Partners LLC, No. 23-1494 (Fed. Cir.).

☐　Additional pages attached

FORM 9A. Notice of Related Case Information                                         Form 9A (p. 2)
                                                                                     March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Apple Inc.; Gesture Technology Partners, LLC; Lenovo Group Ltd.; LG Electronic Inc.; LG Electronics U.S.A., Inc.; Motorola Mobility LLC; United Patents, LLC

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/17/2023                    Signature:  /s/ Melanie L. Bostwick

                                    Name:       Melanie L. Bostwick

Form 9A: Notice of Related Case Information Addendum

| Law Firm | Partners and Associates |
| --- | --- |
| HOGAN LOVELLS US LLP | C. Matthew Rozier |
| WILLIAM SIMONS & LANDIS PLLC | Todd E. Landis, John Wittenzellner, Michael Simons, Todd Eric Landis, Fred I. Williams, Eric R. Carr |
| DLA PIPER LLP | Michael Darron Jay, Sean C. Cunningham, Michael D. Jay, John Michael Guaragna, Christopher Deck, Catherine Huang, Paul R. Steadman, Benjamin Shafer Mueller, |
|  | Thomas L. McMasters |
| MIDLIGE RICHTER LLC | James S. Richter |
| WALSH PIZZI O'REILLY FALANGA LLP | Liza M. Walsh, William T. Walsh, Hector Daniel Ruiz, Lauren Ruth Malakoff |
| STAMOS & TRUCCO LLP | Brian E. Martin |
| DYKEMA GOSSETT PLLC | Robert Daniel Garza |
| HAYNES & BOONE LLP | Debra Janece McComas, Raghav Bajaj, David L. McCombs, Angela M. Oliver |
| UNIFIED PATENTS, LLC | Alyssa J. Holtslander, Roshan Mansinghani |
| ERISE IP, P.A. | Adam Prescott Seitz, Clifford T. Brazen, Paul R. Hart |