Nos. 23-1475, -1533

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

APPLE INC.,

        Appellant,

LG ELECTRONICS INC., LG ELECTRONICS USA, INC., GOOGLE LLC,

        Appellees

        v.

GESTURE TECHNOLOGY PARTNERS, LLC,

        Cross-Appellant.

**APPLE INC., LG ELECTRONICS INC., LG ELECTRONICS USA, INC., AND GOOGLE LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A JOINT RESPONSE AND REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and

Federal Circuit Rule 26(b), Apple Inc., LG Electronics Inc., LG

Electronics USA, Inc. ("LG"), and Google LLC, ("Google") (together, "Co-

Appellees")[1] respectfully request an extension of 45 days to file a joint response and reply brief, to and including January 19, 2024. This is Apple's second request for an extension of time in this matter. Apple received an extension of 59 days in which to file its opening brief. This is LG and Google's first request for an extension of time in this matter. This request is unopposed.

In support of this motion, Co-Appellees state the following:

**1.** Apple's response and reply brief is currently due December 5, 2023. LG's and Google's response briefs are also currently due December 5, 2023. Co-Appellees intend to file one joint brief, with LG and Google joining the response portion of Apple's response and reply brief. A 45-day extension would cause the response and reply brief to be due January 19, 2024.

**2.** This motion is being filed at least seven calendar days before the original due date for the brief. *See* Fed. Cir. R. 26(b)(1).

**3.** This extension is made necessary by the press of other matters and to facilitate coordination among Co-Appellees to ensure an

---

[1] Apple Inc., LG Electronics Inc., LG Electronics USA, Inc., and Google LLC are Co-Appellees in cross-appeal No. 23-1533.

efficient briefing process. Apple's counsel will be primarily responsible for preparing a single joint response brief for Co-Appellees. Among ongoing obligations in multiple matters, counsel for Apple have a reply brief in *Havana Docks Corp. v. Royal Caribbean Cruises, Ltd.*, Nos. 23-10151, -10171 (11th Cir.), due November 20; a response and reply brief in *Apple Inc. v. Gesture Technology Partners LLC*, Nos. 23-1501, -1554 (Fed. Cir.), due November 27; a response brief in *Fintiv, Inc. v. Apple Inc.*, No. 23-2208 (Fed. Cir.), due on December 26; a joint petition for certiorari, regarding *Bufkin v. McDonough*, No. 22-1089 (Fed. Cir.) and *Thornton v. McDonough*, No. 21-2329 (Fed. Cir.), due in the Supreme Court on December 31; a petition for certiorari in *Forsythe v. McDonough*, No. 22-1610 (Fed. Cir.), due in the Supreme Court on January 16; and ongoing oral argument preparation in *Medidata Solutions, Inc. v. Veeva Systems Inc.*, No. 22-2044 (2d Cir.). Additionally, counsel, including undersigned counsel, are responsible for a number of ongoing matters in which counsel have not yet entered appearances.

**4.** This is Co-Appellees' first request for an extension of the deadline to file their response and reply brief.

**5.** Counsel for Cross-Appellant Gesture Technology Partners, LLC has indicated that they do not oppose this request.

**6.** For the foregoing reasons, Co-Appellees respectfully requests that the Court grant its unopposed motion for a 45-day extension to file their response and reply brief, to and including January 19, 2024.

Respectfully submitted,

/s/ Stanley Joseph Panikowski*
Stanley Joseph Panikowski, III
DLA PIPER US LLP
4365 Executive Drive, Suite 1100
San Diego, CA 92121

Matthew D. Satchwell
DLA PIPER US LLP
Suite 900
444 West Lake Street
Chicago, IL 60606

*Counsel for LG Electronics Inc. and LG Electronics USA Inc.*

/s/ Daniel Cooley*
Daniel Cooley
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Suite 800
1875 Explorer Street
Reston, VA 20190

*Erika Arner*
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001

*Counsel for Google LLC*

/s/Melanie L. Bostwick
Melanie L. Bostwick
Abigail Colella
Jonas Q. Wang
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
(202) 339-8400

Elizabeth R. Moulton
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Adam P. Sietz
Clifford T. Brazen
ERISE IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211

Paul R. Hart
Erise IP, P.A.
5299 DTC Blvd.
Suite 1340
Greenwood Village, CO 80111
*Counsel for Apple Inc.*

* Counsel have consented to the use of their electronic signatures herein.

Dated: November 15, 2023

FORM 9. Certificate of Interest                                                          Form 9 (p. 1)
                                                                                          March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## AMENDED CERTIFICATE OF INTEREST

**Case Number** 23-1475, -1533

**Short Case Caption** Apple Inc. v. Gesture Technology Partners, LLC

**Filing Party/Entity** Apple Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/17/2023          Signature: /s/ Melanie L. Bostwick

                          Name: Melanie L. Bostwick

FORM 9. Certificate of Interest                                Form 9 (p. 2)
                                                                March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Apple Inc. | None | None |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐ Additional pages attached

FORM 9. Certificate of Interest                                         Form 9 (p. 3)
                                                                         March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

FORM 9. Certificate of Interest                              Form 9 (p. 1)
                                                              March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 23-1475, 23-1533

**Short Case Caption** Apple Inc. v. Gesture Technology Partners, LLC

**Filing Party/Entity** LG Electronics Inc.; LG Electronics USA, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/31/2023            Signature:  /s/ Stanley J. Panikowski

                            Name:       Stanley J. Panikowski

FORM 9. Certificate of Interest                                Form 9 (p. 2)
                                                                March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| LG Electronics Inc. |  | None |
| LG Electronics USA, Inc. |  | LG Electronics Inc. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐   Additional pages attached

FORM 9. Certificate of Interest                                    Form 9 (p. 3)
                                                                    March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable   ☐ Additional pages attached

| Gianni Minutoli | | |
| Paul Steadman | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable   ☐ Additional pages attached

| | | |
| | | |

FORM 9. Certificate of Interest                                           Form 9 (p. 1)
                                                                          March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2023-1533

**Short Case Caption** Gesture Technology Partners, LLC v. Apple Inc.

**Filing Party/Entity** Google LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/10/2023                    Signature: /s/ Daniel C. Cooley

                                    Name: Daniel C. Cooley

FORM 9. Certificate of Interest                      Form 9 (p. 2)
                                                                                                                  March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Google LLC |  | XXVI Holdings Inc. |
|  |  | Alphabet Inc. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐    Additional pages attached

FORM 9. Certificate of Interest                                              Form 9 (p. 3)
                                                                             March 2023

---

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable            ☐  Additional pages attached

| Mingi Jin | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | |
|---|---|---|
| | | |
| | | |

---

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)    ☐  No    ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

---

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable            ☐  Additional pages attached

| | | |
|---|---|---|
| | | |

# DECLARATION

Pursuant to 28 U.S.C. § 1746 and Federal Circuit Rule 26(b)(3), I declare under penalty of perjury that the statements in the foregoing Motion are true and correct.

| | |
|---|---|
| Executed on November 15, 2023 in Washington, DC | Respectfully submitted,<br><br>*/s/Melanie L. Bostwick*<br>Melanie L. Bostwick<br>ORRICK, HERRINGTON &<br>  SUTCLIFFE LLP<br>1152 15th Street, NW<br>Washington, DC 20005<br>(202) 339-8400<br><br>*Counsel for Apple Inc.* |

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion is printed in Century Schoolbook 14-point font, and it contains 496 words, excluding the items listed in Federal Rule of Appellate Procedure 27(a)(2)(B).

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Melanie L. Bostwick*
Melanie L. Bostwick
*Counsel for Apple Inc.*
