NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**APPLE INC.,**
*Appellant*

**LG ELECTRONICS INC., LG ELECTRONICS USA, INC., GOOGLE LLC,**
*Appellees*

**v.**

**GESTURE TECHNOLOGY PARTNERS, LLC,**
*Cross-Appellant*

———————————

2023-1475, 2023-1533

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00920, IPR2022-00091, and IPR2022-00359.

———————————

**ON MOTION**

———————————

**O R D E R**

Appe Inc; LG Electronics Inc., LG Electronics USA, Inc. (collectively "LG"); and Google LLC (altogether "movants") state they "intend to file one joint brief, with LG and Google joining the response portion of Apple's response and reply

2          APPLE INC. v. GESTURE TECHNOLOGY PARTNERS, LLC

brief" and move unopposed for an extension of time, until January 19, 2024, to file that brief.  Mot. at 2.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The joint response and reply brief, consistent with this order, is due no later than January 19, 2024.

FOR THE COURT

November 21, 2023
Date

Jarrett B. Perlow
Clerk of Court