# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### AMENDED RESPONSE TO
### NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 23-1475

**Short Case Caption:** Apple Inc. v. Gesture Technology Partners, LLC

**Party Name(s):** Apple Inc.

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

---

**Argument Waiver**   ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel** | Melanie L. Bostwick

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes          ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

---

**<u>Potential Case Conflicts</u>**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☑ Yes          ☐ No

If yes, attach a separate sheet listing those cases.

---

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: <u>07/31/2024</u>

Signature: <u>/s/ Melanie L. Bostwick</u>

Name: <u>Melanie L. Bostwick</u>

**Attachment**

**Do you have dates of unavailability within the upcoming sessions of the Court?**

- October 7, 2024

- October 8, 2024

- October 9, 2024

- October 10, 2024

- October 11, 2024

**Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?**

- *Gesture Technology Partners, LLC v. Apple Inc.*, No. 23-1463

- *Fintiv, Inc. v. Apple Inc.*, No. 23-2208

- *Taction Technology, Inc. v. Apple Inc.*, No. 23-2349

- *Rex Medical, L.P. v. Intuitive Surgical, Inc.*, No. 24-1072

No. 23-1475

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

APPLE INC.,

                     Appellant,

LG ELECTRONICS INC.,
LG ELECTRONICS USA, INC.,
GOOGLE LLC,

                     Appellees,

                     v.

GESTURE TECHNOLOGY PARTNERS,
LLC

                     Cross-Appellant.

## STATEMENT OF GOOD CAUSE

1.     I, Melanie L. Bostwick, am counsel to Appellant Apple Inc. in the above-captioned matter and expect to argue for Apple.  I have not previously submitted any dates of unavailability for oral argument.  *See* Dkt. 40.  Since I submitted my prior response to the Court's Notice to Advise of Scheduling Conflicts, a new scheduling conflict has arisen for the Court's October 2024 argument session.

2.    Good cause exists not to schedule argument in this case between October 7-11, 2024.  I am counsel of record and arguing counsel for the petitioners in *Bufkin v. McDonough* (S. Ct. No. 23-713), which has been scheduled for argument in the Supreme Court of the United States on October 16, 2024.  I will be engaged in preparation for this argument throughout the week of October 7.  These preparations include, among other things, participating in a scheduled in-person moot argument session at Georgetown University Law Center's Supreme Court Institute on October 10, 2024, a program which is attended by students and faculty of the law school.

3.    Counsel respectfully suggests that good cause exists not to schedule argument in this case during the October 7-11 timeframe, to allow counsel adequate time to prepare for the October 16 argument in *Bufkin*.  At a minimum, good cause exists (1) not to schedule argument in this case on October 10 or 11, 2024; and (2) not to schedule argument in this case for the Court's sessions taking place in San Francisco, which would require counsel to travel across the country while preparing for multiple arguments and participating in at least the

scheduled Georgetown moot session in Washington, D.C., on October 10.

Date: July 31, 2024

Respectfully submitted,

*/s/ Melanie L. Bostwick*

Melanie L. Bostwick
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 339-8400

*Counsel for Appellant*